# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*[Filed stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, FILED MAR - 7 2022, CLERK, U.S. DISTRICT COURT, By ___ 11:54 am, Deputy]*

Plaintiff: Benita D. Nesby

v.

Defendant: All Commercial Floors.

Civil Action No. 4-22CV-167-P

## COMPLAINT

On January 4th, 2022, I was laid off from All Commercial Floors, by Jeff Merritt who is the Receiver. That week, they had already told me CF was the HR Director, they had to postpone payroll which was 1/5/22. On 1/10/22 they processed payroll however, they only paid active employees. Anyone who was laid off or resigned from 12/16 - 1/4 was not paid. I was told that I would be paid but that he (Mr. Merritt) did not know when.

I filed a wage claim with TWC & they have found that I am due 7,791.67. I am due these wages & simply want to be paid what I am due.

*Attach additional pages as needed.

Attached is the findings from Texas Workforce Commission

Date: 3/7/2022

Signature: Benita D. Nesby

Print Name: Benita D. Nesby

Address: 2209 Lockesley Drive

City, State, Zip: Flower Mound TX 75028.

Telephone: 972-800-5985

CLAIMANT COPY

Texas Workforce Commission
Labor Law Dept. Room 124T
101 East 15th Street
Austin, Tx 78778-0001

# TEXAS WORKFORCE COMMISSION

### PRELIMINARY WAGE DETERMINATION ORDER
Labor Law
February 28, 2022



PAGE 1 OF 2 PAGES

BENITA D NESBY
2209 LOCKESLEY DR
FLOWER MOUND TX 75028

Determination Number: 000592672
Wage Claim Number: 22 050296-1
Identification Number: XXX-XX-XXXX

ALL COMMERCIAL FLOORS, INC.

An investigation having been completed, the following order is entered pursuant to Chapter 61 of the Texas Labor Code:

## FINDINGS AND CONCLUSIONS

Our investigation has determined that the claimant is entitled to ___$7,791.67___ for unpaid wages. Convincing evidence of employment has been provided for all or part of the period claimed.

The claimant is not entitled to ___$219.87___ for unpaid bonuses. The Texas Payday Law provides that bonuses are due for payment according to the terms of the bonus agreement. The employer's bonus agreement provides that bonuses will be provided on a discretionary basis. Therefore, the employer is not obligated to provide the bonus amount.

It has been determined that the employer violated the provisions of the Texas Payday Law when the claimant's earned wages were not paid in accordance with the law. If it is determined that an employer has acted in bad faith, the Commission may assess an administrative penalty for failure to pay wages as required by law. In this case no penalty is assessed.

The employer named in your wage claim, All Commercial Floors, Inc. has been placed in temporary receivership according to case number 4:21-cv-01154-O filed on 10/22/21 in the Room 310 District Court of the Northern District of Texas Fort Worth Division County. Therefore, this agency is unable to assist in the collection of wages. Pursuant to the Court's order, all claims against this employer must be filed with the District Court and/or with the court appointed Temporary Receiver, Jeff C. Merritt 101 S. Coit Road, Suite 36-306 Richardson, TX 75080 or by calling, Jeff C. Merritt at (214) 226-0794.

Continued on Next Page

**(SEE REVERSE SIDE FOR ADDITIONAL INFORMATION)**

LL-25A (0310)

FORM PDL25A (0310)

CLAIMANT COPY

Texas Workforce Commission
Labor Law Dept. Room 124T
101 East 15th Street
Austin, TX 78778-0001

# TEXAS WORKFORCE COMMISSION

## PRELIMINARY WAGE DETERMINATION ORDER
Labor Law
February 28, 2022



PAGE 2 OF 2 PAGES

BENITA D NESBY
2209 LOCKESLEY DR
FLOWER MOUND TX 75028

Determination Number: 000592672
Wage Claim Number: 22 050296-1
Identification Number: XXX-XX-XXXX

## ORDER

The employer, ALL COMMERCIAL FLOORS, INC. is ORDERED to pay $7,791.67 for the use and benefit of the claimant, BENITA D NESBY, and shall remit the gross or net amount disbursement payable to the Texas Workforce Commission.

In addition, being found in violation of Chapter 61 of the Texas Labor Code, the employer is assessed an administrative penalty in the amount of $0.00 which is to be remitted to the Texas Workforce Commission.

Assigned Representative: OLSON

HB
LL-25A (0310)

(SEE REVERSE SIDE FOR ADDITIONAL INFORMATION)

FORM PDL25A (0310)

```
STATE OF TEXAS
TEXAS WORKFORCE COMMISSION
Labor Law-Bank Notice Unit
101 East 15th Street
Austin, Texas 78778-0001
1 800 832-9243 (Texas Only)
1 512 475-2670 (Out-of-State)
```



```
BENITA D NESBY
2209 LOCKESLEY DR
FLOWER MOUND TX   75028
```

Date:  February 28, 2022
Wage Claim No.: 22 050296-1
Employer Name:  ALL COMMERCIAL FLOOR
Employer No.: 08 167105-2

Dear Claimant,

The Texas Payday Law allows for the issuance of a Notice of Delinquency/Freeze and Notice of Levy as a means of collection on your behalf. When an employer is delinquent in payment of wages, this process allows the Texas Workforce Commission to notify your employer's financial institution(s), other businesses or governmental entities from whom this employer potentially receives income. These notices freeze the account(s) or income funds and require the institution or other entity, on demand by the Texas Workforce Commission, to pay funds from the account or account receivables to settle the payment of wages.

Please provide, in the spaces below, the name(s) and address(es) of any financial institution(s) in which the **employer** may have an account. Also, if you know of any business(es) or government agency(ies) from whom the employer may possibly receive income (e.g. vendors, suppliers, contractors, clients, or customers for whom services were rendered), please list them. If available, it would be helpful if you could provide a copy of the employer's check.

This information is needed to assist us in the collection of wages for you. Please reply **within 15 days** from the date of this request by mailing this completed form to the above address. If you have questions you may call the number shown above. Telecommunication device for the deaf(TDD) users can communicate with TWC by using Relay Texas.
Those numbers are: 1 800-735-2989 (TDD) or 1 800-735-2988 (VOICE).

If your address or phone number changes, it is your responsibility to notify Labor Law immediately. If you cannot be contacted, the likelihood of receiving unpaid wages will be reduced.
**IF YOU DO NOT HAVE ANY ADDITIONAL INFORMATION IT IS NOT NECESSARY TO RETURN THIS FORM OR CONTACT US.**

Bank/Business_____          Bank/Business_____
Address_____          Address_____
_____          _____
City_____          City_____
Phone_____          Phone_____

Bank/Business_____          Bank/Business_____
Address_____          Address_____
_____          _____
City_____          City_____
Phone_____          Phone_____

Comments_____
_____

**IF ADDITIONAL SPACE IS NEEDED, USE THE BACK OF THIS FORM**

FORM LL-195 (1095)                                                                      PD195R

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

RECEIVED

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff __Denton__
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | | 835 Patent - Abbreviated New Drug Application | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 371 Truth in Lending | [X] 720 Labor/Management Relations | | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 380 Other Personal Property Damage | 740 Railway Labor Act | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 196 Franchise | | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| | | | | 862 Black Lung (923) | |
| | | | | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: TWC - WAGE CLAIM - Texas Payday LAW.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

---

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____