UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BENITA D. NESBY,**

   Plaintiff,

v.                                                No. 4:22-cv-0167-P

**ALL COMMERCIAL FLOORS,**

   Defendant.

## ORDER

Before the Court are Plaintiff Benita Nesby's Motion for Leave to Proceed in forma pauperis ("Motion") and United States Magistrate Judge Cureton's Findings, Conclusions, and Recommendation. ECF Nos. 2, 6. The Court, having conducted a review for plain error and finding none, **ACCEPTS** Judge Cureton's Findings, Conclusions, and Recommendation and **DENIES** the Motion for Leave to Proceed in forma pauperis.

As recommended in the Magistrate Judge's Findings, Conclusions, and Recommendation, the Court informs Plaintiff that the complaint will be subject to dismissal without further notice under Federal Rule of Civil Procedure 41(b) unless, within seven days of this Order, Plaintiff pays the clerk of Court the filing and administrative fees of $402.00.

**SO ORDERED** on this **6th day** of **April, 2022.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE