UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BENITA D. NESBY,**

   Plaintiff,

v.                                             No. 4:22-cv-0167-P

**ALL COMMERCIAL FLOORS,**

   Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case issued on April 19, 2022:

It is therefore **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice.**

The Clerk of Court is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **20th day** of **April, 2022.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE